

**FILED**
**FEB. 10, 2022**
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NIKIE MICHELLE KING, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 22-0331 (UNA) |
| ALL APPROVED AUTOWORKS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **MEMORANDUM OPINION**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The Court will grant the application and dismiss the complaint.

A *pro se* litigant's pleadings are held to less stringent standards than the standard applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense

and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a). Plaintiff has submitted an assortment of documents which appear to be related to an auto loan and a civil action in the United States District Court for the Southern District of Florida. Plaintiff neither states a basis for this Court's jurisdiction, a statement of claim, nor a demand for relief. Therefore, the Court will grant the application to proceed *in forma pauperis* and dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: February 10, 2022                      /s/
                                             RANDOLPH D. MOSS
                                             United States District Judge